# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Lores Nguyen Schwind

                                        Plaintiff,

v.                                                              Case No.: 1:17−cv−06139
                                                                Honorable Andrea R. Wood

Specialized Loan Servicing, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. The Court sets the following briefing schedule on Defendant's motion to dismiss [24]: Plaintiff shall respond by 3/14/2018 and Defendants shall reply by 3/21/2018. Defendant shall respond to Plaintiff's settlement demand, in writing, by 3/31/2018. Status hearing set for 4/19/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.