IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LORES NGUYEN SCHWIND,

Plaintiff

v.

SPECIALIZED LOAN SERVICING LLC

Defendant.

Case No. 17-cv-6139
Honorable Andrew R. Wood
Magistrate Judge Sidney L. Schenkier

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 15, 2018, she served Interrogatories and Requests for Production upon the below persons via electronic mail and caused to be deposited via US Mail with first class postage prepaid from One International Place, Suite 1110, Boston, Massachusetts 02110:

Daniel Brown
The Law Office of Daniel Brown
208 S. Jefferson St., Suite 204
Chicago, IL 60661
daniel@mainstreetattorney.com

By:  /s/ *Kimberly D. Flanigan*
Kimberly D. Flanigan
ARDC: 6312806
**LECLAIRRYAN**
111 West Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Telephone: (312) 273-1278
Kimberly.Flanigan@leclairryan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I electronically filed the foregoing **CERTIFICATE OF SERVICE** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the Case Management/Electronic Case Files (CM/ECF) system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

By:  /s/ *Kimberly D. Flanigan*
    Kimberly D. Flanigan
    Federal Bar ID # 6312806
    **LECLAIRRYAN**
    111 West Jackson Blvd., Suite 1700
    Chicago, Illinois  60604
    Telephone:  (312) 273-1278
    Kimberly.Flanigan@leclairryan.com