IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORES NGUYEN SCHWIND,<br><br>Plaintiff<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC<br><br>Defendant. | Case No. 17-cv-6139<br>Honorable Andrew R. Wood<br>Magistrate Judge Sidney L. Schenkier |

## NOTICE OF SUBPOENA

To: Daniel Brown
Law Office of Daniel Brown
20 S. Jefferson Street, Suite 204
Chicago, ILL 60661
(773) 453-7410
daniel@mainstreetattorney.com

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, the Defendant intends to serve three subpoenas, substantially, in the forms attached hereto as *Exhibit A*, on Comcast, Commonwealth Edison Company, and The Peoples Gas Light and Coke Company on March 23, 2018 or as soon thereafter as service may be effectuated.

Dated: March 23, 2018

                                            By:    /s/ *Kimberly D. Flanigan*
                                                    Kimberly D. Flanigan
                                                    ARDC: 6312806
                                                    **LECLAIRRYAN**
                                                    111 West Jackson Blvd., Suite 1700
                                                    Chicago, Illinois 60604
                                                    Telephone: (312) 273-1278
                                                    Kimberly.Flanigan@leclairryan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2018, I electronically filed the foregoing **CERTIFICATE OF SERVICE** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the Case Management/Electronic Case Files (CM/ECF) system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

|       |       |
|-------|-------|
| By:   | /s/ *Kimberly D. Flanigan* |
|       | Kimberly D. Flanigan |
|       | Federal Bar ID # 6312806 |
|       | **LECLAIRRYAN** |
|       | 111 West Jackson Blvd., Suite 1700 |
|       | Chicago, Illinois 60604 |
|       | Telephone: (312) 273-1278 |
|       | Kimberly.Flanigan@leclairryan.com |