IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM A. JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-03247 |
| v. | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, d/b/a HRRG, LLC, d/b/a ACCOUNT RESOLUTION SERVICES and MEA ELK GROVE, LLC, | ) ) ) ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

## **JOINT STIPULATION FOR DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, William A. Jordan and Defendants, Healthcare Revenue Recovery Group, LLC, ("HRRG") and MEA Elk Grove, LLC, ("MEA") hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice.

Respectfully Submitted,

| **HEALTHCARE REVENUE RECOVERY GROUP, LLC** | **MEA ELK GROVE, LLC** |
|---|---|
| By: *s/ Brittney N. Cato* | By: *s/ Christina R. Spiezia* |
| David M. Schultz | Christina R. Spiezia |
| Brittney N. Cato | Gordon Rees Scully Mansukhani, LLP |
| Hinshaw & Culbertson LLP | One North Franklin Street, Suite 800 |
| 222 North LaSalle Street, Suite 300 | Chicago, IL 60606 |
| Chicago, IL 60601 | (312) 619-4901 |
| 312-704-3000 | Email: cspiezia@grsm.com |
| Email: dschultz@hinshawlaw.com | |
| Email: bcato@hinshawlaw.com | |

301052350v1 0998850

| **WILLIAM A JORDAN** | **WILLIAM A JORDAN** |
|---|---|
| By:  *s/ Daniel R. Brown*  <br>Daniel R. Brown<br>The Law Office of Daniel Brown<br>208 S. Jefferson St., Suite 204<br>Chicago, IL 60661<br>(773) 453-7410<br>Email: daniel@mainstreetattorney.com | By:  *s/ Stacy M. Bardo*  <br>Stacy M. Bardo<br>Bardo Law, P.C.<br>22 West Washington Street, Suite 1500<br>Chicago, IL 60602<br>(312) 219-6980<br>Email: stacy@bardolawpc.com |

301052350v1 0998850